UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAI TRANG THI NGUYEN,<br><br>         Plaintiff,<br><br>    v.<br><br>CITY OF SAN JOSE, et al.,<br><br>         Defendants. | Case No. 5:21-cv-00092-EJD<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT**<br><br>Re: Dkt. No. 27 |

On February 23, 2021, Defendant William Gerry filed a Motion to Stay Proceedings in this case pending further progress or resolution of the criminal proceedings against him in Santa Clara County Superior Court. That motion is set to be heard on June 3, 2021. On February 25, 2021, Gerry filed an Administrative Motion to Enlarge Time to Respond to the Complaint until after the Motion to Stay has been resolved. By stipulation of the parties, Gerry's response to the Complaint would otherwise be due on March 5, 2021.

Gerry argues that he cannot file his answer to the allegations in this matter without waiving his Fifth Amendment privilege against self-incrimination in the criminal proceedings against him. Plaintiff opposes the motion, arguing that Gerry is not constitutionally entitled to a stay pending the outcome of his criminal case, and that enlarging his time to answer will unfairly delay the civil proceedings for Plaintiff.

The Court acknowledges the potential prejudice to Plaintiff involved in delaying the proceedings, as well as the potential prejudice to Gerry in the criminal proceedings if he is required to answer. The Court will have an opportunity to fully consider those competing interests

Case No.: 5:21-cv-00092-EJD
ORDER GRANTING ADMINISTRATIVE MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT

1

when the Motion to Stay is set to be heard in June.  Given the relatively limited time between now and then, the Court finds it appropriate to enlarge Gerry's time to respond to the Complaint until the Court has the opportunity to fully consider the merits of the Motion for a Stay.

Gerry's Administrative Motion to Enlarge Time to Respond to the Complaint is therefore **GRANTED**.  Gerry's response to the Complaint shall be due within seven days of this Court's order on his Motion to Stay.

**IT IS SO ORDERED.**

Dated:  March 2, 2021

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:21-cv-00092-EJD
ORDER GRANTING ADMINISTRATIVE MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT

2