GLENN AGRE BERGMAN & FUENTES LLP
Lyn R. Agre (CASBN 178218)
Lagre@glennagre.com
Edward E. Shapiro (CASBN 326182)
eshapiro@glennagre.com
50 California Street, Suite 1500
San Francisco, California 94111
Telephone: (415) 358-6444
Facsimile: (415) 398-5030

Outgoing Attorney for Defendant
WILLIAM GERRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAI TRANG THI NGUYEN, an individual<br><br>Plaintiff<br>v.<br><br>CITY OF SAN JOSE; WILLIAM GERRY, an individual; and DOES 1-100, inclusive,<br><br>Defendant. | Case No. 5:21-CV-00092-EJD<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANT WILLIAM GERRY**<br><br>Complaint Filed:  January 6, 2021<br>Trial Date: TBD<br>Court Judge Davila, Courtroom 4 |

PLEASE TAKE NOTICE that Defendant William Gerry will be appearing *pro se* and substituting for counsel Glenn Agre Bergman & Fuentes LLP in the above captioned matter.

Withdrawing counsel for Defendant William Gerry are:

Lyn R. Agre
Lagre@glennagre.com
50 California Street, Suite 1500
San Francisco, California 94111

Edward E. Shapiro
eshapiro@glennagre.com
50 California Street, Suite 1500
San Francisco, California 94111

William Gerry Withdrawal of Counsel

CASE NO. 5:21-CV-00092-EJD

All pleadings and notice should henceforth be served upon Defendant William Gerry, appearing *pro se*.

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated: October 24, 2021.   DEFENDANT WILLIAM GERRY,
APPEARING *PRO SE*

By: /s/ *William Gerry*
      William Gerry

Counsel, Lyn Agre, certifies she has confirmed with William Gerry and he consents to having his signature affixed above.


GLENN AGRE BERGMAN & FUENTES LLP

By: /s/ *Lyn R. Agre*
      Lyn R. Agre

**ATTESTATION**: Pursuant to Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories on this e-filed document.

By: /s/ Lyn R. Agre
Lyn R. Agre

The above withdrawal and substitution of counsel is approved and **SO ORDERED.**

Dated: _____, 2022

By:_____
Hon. Edward J. Davila
United States District Judge