**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| DAI TRANG THI NGUYEN,<br>Plaintiff,<br>v.<br>CITY OF SAN JOSE,<br>Defendant. | Case No.: 5:21-CV-00092-EJD<br>**JOINT NEUTRAL STATEMENT OF THE CASE**<br>Trial Date: April 13, 2026<br>Pretrial Conference: March 26, 2026 |

This is a civil case brought by Dai Nguyen against the City of San Jose. Ms. Nguyen is the plaintiff, and the City of San Jose is the defendant.

In 2019, a code enforcement inspector working for the City of San Jose assaulted and extorted money from Plaintiff Ms. Nguyen while inspecting a massage spa that she owned. In 2021, the former code inspector was criminally convicted for his conduct. He is currently incarcerated and is not a defendant in this case.

Plaintiff Ms. Nguyen contends that Defendant the City of San Jose violated her civil rights by acting with deliberate indifference to the substantial risk that its supervision policies were inadequate to prevent its code inspector from harming her. Plaintiff Ms. Nguyen seeks to recover monetary damages from Defendant the City of San Jose. The City of San Jose denies those allegations and contends it is not liable to Plaintiff.

DATED: March 16, 2026 MURPHY, PEARSON, BRADLEY & FEENEY

By ______________________
Philip J. Kearney
W.S. Wilson Leung
Attorneys for Plaintiff
**DAI TRANG THI NGUYEN**

DATED: March 16, 2026 WALKUP, KELLY, MELODIA & SCHOENBERGER

By /s/ Matthew Davis
Matthew Davis
Attorneys for Plaintiff
**DAI TRANG THI NGUYEN**

DATED: March 16, 2026 SAN JOSE CITY ATTORNEY'S OFFICE

By /s/ Maren Clouse
Maren J. Clouse
Brian J. Loftus
Attorneys for Defendant
**CITY OF SAN JOSE**