UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**TITLE: *NGUYEN v. CITY OF SAN JOSE***
**CASE NUMBER: 5:21-cv-00092 EJD**

## Civil Minutes and Trial Log

Date: September 15, 2026

Time in Court: 6 hr, 16 min (8:52-9:07 AM; 9:27-10:48 AM; 10:56 AM – 12:57 PM; 2:03-3:02 PM; 3:18-4:58 PM)

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter: Irene Rodriguez

---

**APPEARANCES:**

Plaintiff Attorney(s) present: Matthew Davis, Philip Kearney, Wilson Leung, Kelly Ganci
Also present: Tanya Hill (Paralegal)

Defendant Attorney(s) present: Brian Loftus, Julia Van Roo
Also present: Meagan Spencer (Paralegal)

---

**PROCEEDINGS: Jury Selection (Day 1)**

Jury Selection held. Seated Jury selected. Jury Trial set for September 16, 2026, to begin at 9:00 AM.

*See* attached Trial Log.

**Cheré Robinson**
**Courtroom Deputy**
**Original: Efiled**
**CC:**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:
Case No: 5:21-cv-00092 EJD

**TRIAL LOG**

| **TRIAL DATE:** September 15, 2026 | **REPORTER(S):** Irene Rodriguez | **CLERK**: Cheré Robinson |
|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | 8:52 am | Court in session with Counsel outside of prospective juror panel |
| | | | Court addresses housekeeping matters and juror matters with Counsel |
| | | | Court excuses Jurors 59 and 63 |
| | | | Plaintiff will file formal dismissal of individual defendants – including Mr. Gerry |
| | | 9:07 am | Court breaks for 20 min |
| | | 9:27 am | Court in session, prospective jurors are sworn and seated |
| | | 9:47 am | Court begins *voir dire* |
| | | 10:48 am | Court breaks for 8 min |
| | | 10:56 am | Court in session with Counsel and Jurors 11, 19, 20, 23 |
| | | | The Court excuses Jurors 11 (CP), 19 (CP) and 23 (HS) |
| | | | Court in session with Counsel and Juror 20 |
| | | 11:04 am | Jury Panel present |
| | | | Court continues *voir dire* |
| | | 11:31 am | Court completes initial *voir dire* |
| | | | Plaintiff begins *voir dire* |
| | | 11:53 am | Plaintiff completes *voir dire* |
| | | 11:54 am | Defense begins *voir dire* |

**Cheré Robinson**
**Courtroom Deputy**
**Original: Efiled**
**CC:**

| **TRIAL DATE:** September 15, 2026 | **REPORTER(S):** Irene Rodriguez | **CLERK**: Cheré Robinson |
|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | 12:26 pm | Jury Panel departs for break; Jurors 1, 17 and 20 remain |
| | | 12:29 pm | The Court excuses Juror 20 (CP) |
| | | 12:37 pm | The Court excuses Juror 1 (HS) |
| | | 12:44 pm | The Court excuses Juror 17 (CP) |
| | | | Cause Challenges by Plaintiff re Jurors 14 and 22 discussed |
| | | 12:56 pm | The Court excuses Juror 22 (CP) |
| | | 12:57 pm | Court breaks for 63 min |
| | | 2:03 pm | Court in session |
| | | 2:04 pm | Court continues *voir dire* |
| | | 2:12 pm | Juror 34 (HS) excused |
| | | 2:18 pm | Juror 36 (HS) excused |
| | | 2:26 pm | Juror 35 (CP) excused |
| | | | Court continues *voir dire* |
| | | 2:38 pm | Plaintiff begins *voir dire* |
| | | 2:44 pm | Plaintiff completes *voir dire* |
| | | | Defense begins *voir dire* |
| | | 3:00 pm | Juror 26 (CP) and 33 (CP) excused |
| | | 3:02 pm | Court breaks for 16 min |
| | | 3:18 pm | Court in session |
| | | | Court continues *voir dire* |
| | | 3:27 pm | Plaintiff begins *voir dire* |
| | | | Defense begins *voir dire* |

| **TRIAL DATE:** September 15, 2026 | **REPORTER(S):** Irene Rodriguez | **CLERK**: Cheré Robinson |
|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | 3:40 pm | Private conversation with Juror 3 |
| | | 3:48 pm | Juror 3 (HS) excused |
| | | | Court continues *voir dire* (J42) |
| | | 3:55 pm | Plaintiff begins *voir dire* |
| | | 3:59 pm | Defense begins *voir dire* |
| | | 4:12 pm | Private conversation with Juror 38 |
| | | 4:19 pm | Court excuses Jurors 38 (HS) and 42 (HS) |
| | | | Court continues *voir dire* (J43/45) |
| | | 4:23 pm | Plaintiff begins *voir dire* |
| | | 4:26 pm | Defense begins *voir dire* |
| | | 4:28 pm | Peremptory Challenge Process begins |
| | | 4:45 pm | Seated Jurors selected (Jurors 2, 7, 10, 13, 18, 27, 37, 39, 40) |
| | | 4:49 pm | Jury Panel excused. Seated Jurors remain |
| | | 4:51 pm | Court gives admonition to Jury |
| | | 4:53 pm | Jury departs Courtroom |
| | | | Court in session with Counsel out of presence of Jury |
| | | 4:58 pm | Court adjourns |
| | | | Jury Trial set for September 16, 2026, at 9:00 a.m. |

**Cheré Robinson**
**Courtroom Deputy**
**Original: Efiled**
**CC:**