UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**TITLE: *NGUYEN v. CITY OF SAN JOSE***
**CASE NUMBER: 5:21-cv-00092 EJD**

# Civil Minutes and Trial Log

Date: September 16, 2026

Time in Court: 2 hr, 48 min (8:42-8:53 AM; 9:11-10:42 AM; 10:56 AM – 12:02 PM)

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter: Irene Rodriguez

**APPEARANCES:**

Plaintiff Attorney(s) present: Matthew Davis, Philip Kearney, Wilson Leung, Kelly Ganci
Also present: Tanya Hill (Paralegal)

Defendant Attorney(s) present: Brian Loftus, Julia Van Roo
Also present: Meagan Spencer (Paralegal)

**PROCEEDINGS: Jury Trial (Day 2)**

Jury Trial held. Further Jury Trial set for September 16, 2026, at 9:00 AM.

*See* attached Trial Log.

**Cheré Robinson**
**Courtroom Deputy**
**Original: Efiled**
**CC:**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name: *Nguyen v. City of San Jose*
Case No: 5:21-cv-00092 EJD

**TRIAL LOG**

| **TRIAL DATE:** September 16, 2026 | **REPORTER(S):** Irene Rodriguez | **CLERK**: Cheré Robinson |
|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | 8:42 am | Court in session with Counsel outside of prospective juror panel |
| | | | Court addresses housekeeping matters and juror matters with Counsel |
| | | 8:53 am | Court breaks for |
| | | 9:11 am | Court in Session |
| | | 9:12 am | Court queries Jury re previous admonishment |
| | | 9:13 am | Court begins preliminary instructions |
| | | 9:32 am | Court completes preliminary instructions |
| | | 9:33 am | Plaintiff begins opening statement |
| | | 10:41 am | Plaintiff completes opening statement |
| | | 10:42 am | Court breaks for 14 min |
| | | 10:56 am | Court in session with Counsel out of presence of Jury |
| | | | Discussion re Defense Objections re Plaintiff Slide *William Gerry's convictions Against Massage Victims*<br>Defense objections re Count 15 and language stated on slide re Counts 10, 14 and 16 shown to jury during Plaintiff Opening Statement |
| | | 11:05 am | Jury present |
| | | 11:06 am | Court gives admonishment to Jury re objected slide – indicting slide is not evidence, is inaccurate and |
| | | 11:07 am | Defense begins opening statement |

**Cheré Robinson**
**Courtroom Deputy**
**Original: Efiled**
**CC:**

| **TRIAL DATE:** September 16, 2026 | **REPORTER(S):** Irene Rodriguez | **CLERK**: Cheré Robinson |
|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | 11:57 am | Defense completes opening statement |
| | | 11:58 am | Court reminds Jury of admonishment |
| | | | Jury departs |
| | | | Court in session with Counsel out of presence of Jury |
| | | | Plaintiff requests next trial day to begin with Parties' stipulation of facts and the judicial notice, and then with Witness testimony |
| | | | Plaintiff requests advance admission of Exs. 43, 44, 45 and 75. |
| | | | Defense renews objections |
| | | | The Court will permit admission of Exs. 43, 44, 45 and 75 – as appropriately redacted |
| | | 12:02 pm | Court adjourns |
| | | | Further Jury Trial set for September 18, 2026, at 9:00 a.m. |

**Cheré Robinson**
**Courtroom Deputy**
**Original: Efiled**
**CC:**