LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
KELLY L. GANCI (State Bar #335658)
kganci@walkuplawoffice.com
AMALIE R. YACH (State Bar #364127)
ayach@walkuplawoffice.com

Philip J. Kearney (State Bar #114978)
pkearney@mpbf.com
John P. Girarde (State Bar #191518)
jgirarde@mpbf.com
Wilson W.S. Leung (State Bar #190939)
wleung@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
580 California Street, Suite 1100
San Francisco, CA 94104-1001
Telephone: (415) 788-1900
Facsimile: (415) 393-8087

**ATTORNEYS FOR PLAINTIFF**
**DAI TRANG THI NGUYEN**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DAI TRANG THI NGUYEN, and individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, WILLIAM GERRY, an individual, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 5:21-cv-00092-EJD<br><br>**NOTICE OF DISMISSAL OF INDIVIDUAL DEFENDANTS WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>**[FED. R. CIV. P.41(a)(1)(A)(i)]**<br><br>**ASSIGNED FOR ALL PURPOSES THE HONORABLE EDWARD J. DAVILA, COURTROOM 4**<br><br>Action Filed: 01/06/2021<br>Trial Date: 09/15/2026 |

Please take notice that Plaintiff Dai Trang Thi Nguyen seeks to dismiss individual Defendants William Gerry, Edgardo Garcia, and DOES 1 through 100 from the above-captioned action pursuant to Federal Rule of Civil Procedure 41. Plaintiff understands that Defendants Joseph Hatfield and Rachel Roberts were previously dismissed upon this Court's Order re Defendants' Motion for Summary Judgment. (Dkt. No. 147). Such dismissal of the foregoing Defendants will be with prejudice, with each party to bear its own costs and fees.

Dated: September 16, 2026 WALKUP, MELODIA, KELLY & SCHOENBERGER

By: ______________________

MATTHEW D. DAVIS
KELLY L. GANCI
Attorneys for PLAINTIFF
DAI TRANG THI NGUYEN

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

**ORDER**

Having reviewed the foregoing, and good cause appearing, it is hereby ORDERED that the following Defendants be dismissed with prejudice: William Gerry, Edgardo Garcia, Rachel Roberts, Joseph Hatfield, and DOES 1 through 100.

IT IS SO ORDERED.

Dated: ______________________

______________________________________

The Honorable Edward J. Davila
United States District Court Judge

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210