JODI LINKER
Federal Public Defender
Northern District of California
DEJAN M. GANTAR
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone: (408) 291-7753
Facsimile: (408) 291-7399
Email: Dejan_Gantar@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DAI TRANG THI NGUYEN,

Plaintiff,

v.

CITY OF SAN JOSE, ET AL,

Defendant.

**Case No.:** 21-CV-92 EJD

**[~~PROPOSED~~] ORDER APPOINTING THE FEDERAL PUBLIC DEFENDER**

**[~~PROPOSED~~] ORDER**

Upon application of Dai Trang Thi Nguyen, and GOOD CAUSE APPEARING, it is hereby ORDERED that the Federal Public Defender is appointed to represent Ms. Nguyen. This order is *nunc pro tunc* to September 24, 2026.

IT IS SO ORDERED.

Dated: September 29, 2026

HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE