United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DAI TRANG THI NGUYEN,<br>Plaintiff,<br>v.<br>CITY OF SAN JOSE,<br>Defendant. | Case No. 5:21-cv-00092-EJD<br><br>**VERDICT FORM** |

We, the jury, unanimously find as follows:

**Question 1-1:** Did Plaintiff prove by a preponderance of the evidence that the policies, customs, or practices of the City of San Jose, including its supervision of William Gerry, were not adequate to prevent violations of law by its employee William Gerry?

__✓__YES ______NO

*If your answer to Question 1-1 was "YES," then please answer Question 1-2. If your answer to Question 1-1 was "NO," then please answer no further questions and have the presiding juror sign and date this form.*

**Question 1-2**: Did Plaintiff prove by a preponderance of the evidence that defendant City of San Jose was deliberately indifferent to the substantial risk that the City of San Jose's policies, customs, or practices of the City of San Jose, including its supervision of William Gerry, were inadequate to prevent violations of law by its employee William Gerry?

__✓__YES ______NO

*If your answer to Question 1-2 was "YES," then please answer Question 1-3. If your answer to Question 1-2 was "NO," then please answer no further questions and have the presiding juror sign and date this form.*

United States District Court
Northern District of California

**Question 1-3:** Did Plaintiff prove by a preponderance of the evidence that the City of San Jose's policies, customs, or practices of the City of San Jose, including its supervision of William Gerry, caused the deprivation of Plaintiff's rights by William Gerry?

______YES ___✓___NO

*If your answer to Question 1-3 was "YES," then please answer Question 2. If your answer Question 1-3 was "NO," then please answer no further questions and have the presiding juror sign and date this form.*

**Question 2:** What amount of damages, if any, did Plaintiff prove by a preponderance of the evidence that she is entitled to recover?

$________________________________

When this verdict form is complete, please have the Presiding Juror sign and date this form.

Date: Oct 1, 2026

Presiding Juror: Michael Jones