United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAI TRANG THI NGUYEN,<br>Plaintiff,<br>v.<br>CITY OF SAN JOSE,<br>Defendant. | Case No. 5:21-cv-00092 EJD<br>**JURY NOTES DURING DELIBERATIONS** |

Attached are Jury Notes Nos. 1 through 4 received by the Court during the Jury's deliberations in the above-referenced matter.

Mark B. Busby
Clerk, United States District Court

DATED: November 13, 2026 By: ______________________

Cheré Robinson
Deputy Clerk to the Honorable Edward J. Davila

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

**PRESIDING: JUDGE EDWARD J. DAVILA**
**Case No. 5:21-cv-00092 EJD**
**Case Title:** ***Nguyen v. City of San Jose***

**NOTE FROM THE JURY DURING DELIBERATIONS**

Date: Sept 30, 2026

Time: 9:17AM

**Note No. 1**

1. The Jury has reached a unanimous verdict. [Please mark] (_____)

or

2. The Jury has the following question:

Can we have a black and a red dry erase marker?

DATE: Sept 30, 2026

Michael Jones
Signature of Juror

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

**PRESIDING: JUDGE EDWARD J. DAVILA**
**Case No. 5:21-cr-00092 EJD**
**Case Title:** ***Nguyen v. City of San Jose***

RESPONSE TO JURY NOTE NO. 1

Yes.

DATE: 9/30/26

TIME: 9:36 AM

Edward J. Davila
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

**PRESIDING: JUDGE EDWARD J. DAVILA**
**Case No. 5:21-cv-00092 EJD**
**Case Title:** ***Nguyen v. City of San Jose***

**NOTE FROM THE JURY DURING DELIBERATIONS**

Date: Oct. 1

Time: 9:10 AM

**Note No. 2**

1. The Jury has reached a unanimous verdict. [Please mark] (_____)

or

2. The Jury has the following question:

Could you explain the phrase "actual or constructive notice"?
(as it in the Instruction No. 19, ~~2nd~~ Second last paragraph)

DATE: Oct. 1, 2026

[signature]
Signature of Juror

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

**PRESIDING: JUDGE EDWARD J. DAVILA**
**Case No. 5:21-cr-00092 EJD**
**Case Title:** ***Nguyen v. City of San Jose***

RESPONSE TO JURY NOTE NO. 2

**Actual Notice** is notice given directly to and received personally by a a City policymaker or official with the authority to act.

**Constructive Notice** is notice that one should have after using reasonable care or diligence in a given situation.

DATE: 10/1/26

TIME: 11:32

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

**PRESIDING: JUDGE EDWARD J. DAVILA**
**Case No. 5:21-cv-00092 EJD**
**Case Title:** *Nguyen v. City of San Jose*

**NOTE FROM THE JURY DURING DELIBERATIONS**

Date: Oct 1, 2026

Time: 11:49

**Note No. 3**

1. The Jury has reached a unanimous verdict. [Please mark] (_____)

or

2. The Jury has the following question:

In the Q1-3 which rights are ~~retter~~ referred to? Specifically, which right was deprived? Please include the constitutional citation.

DATE: Oct 1, 2026

Michael Gomez
Signature of Juror

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

**PRESIDING: JUDGE EDWARD J. DAVILA**
**Case No. 5:21-cr-00092 EJD**
**Case Title:** ***Nguyen v. City of San Jose***

## RESPONSE TO JURY NOTE NO. 3

The Jury is referred to Instruction 12, No. 3. The Parties have stipulated that the Plaintiff's rights under the United States Constitution have been violated.

The Court refers the Jury to Instruction 19, lines 5 and 7 that memorialize this stipulation.

DATE: 10/1/26

TIME: 12:24 pm

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

**PRESIDING: JUDGE EDWARD J. DAVILA**
**Case No. 5:21-cv-00092 EJD**
**Case Title:** ***Nguyen v. City of San Jose***

**NOTE FROM THE JURY DURING DELIBERATIONS**

Date: Oct 1, 2026

Time: 2:52

**Note No. 4**

1. The Jury has reached a unanimous verdict. [Please mark] ( ✓ )

or

2. The Jury has the following question:

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

DATE: Oct 1, 2026

Michael Bohen
Signature of Juror